CP:BSK
F.#2009R009554/OCDETF #NY-NYE-597Z



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  JUN 0 9 2009  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FELIPE CORDOVA,

               Defendant.

- - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **00 374**

(T. 21, U.S.C., §§
841(a)(1), 841(b)(1)(A)(i),
841(b)(1)(B)(i),
841(b)(1)(B)(ii)(II), 846,
853(a) and 853(p);
T. 18, U.S.C., §§ 2 and
3551 et seq.)

ROSS. J.

THE GRAND JURY CHARGES:

POLLAK M.J

## COUNT ONE
### (Conspiracy to Distribute Heroin)

1.    On or about and between October 1, 2008 and May 11, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FELIPE CORDOVA, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    (Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

1

COUNT TWO
(Possession of Heroin with Intent to Distribute)

2.     On or about May 11, 2009, within the Eastern District of New York and elsewhere, the defendant FELIPE CORDOVA, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT THREE
(Possession of Cocaine with Intent to Distribute)

3.     On or about May 11, 2009, within the Eastern District of New York and elsewhere, the defendant FELIPE CORDOVA, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

2

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE THROUGH THREE

4.    The United States hereby gives notice to the defendant charged in Counts One through Three that, upon conviction of one or more of such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of any such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21,

3

United States Code, Section 853(p), to seek forfeiture of any

other property of such defendant up to the value of the

forfeitable property described in this forfeiture allegation.

       (Title 21, United States Code, Section 853(a) and

853(p))

                   A TRUE BILL

                               FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:

ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

4

FORM DBD.34
JUN.85

No. _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK

THE UNITED STATES OF AMERICA

vs.

FELIPE CORDOVA,

Defendant.

# INDICTMENT

Cr. No)
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i),
841(b)(1)(B)(I), 841(b)(1)(B)(ii)(III), 846,
853(a) and 853(p); T. 18, U.S.C., §§ 2 and
3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day,

Of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

BONNIE KLAPPER, AUSA 718-254-6426