F.# CR-09  374

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y**

★ JUN 09 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRIMINAL CASE
INFORMATION SHEET

1. Title of Case: <u>UNITED STATES v. FELIPE CORDOVA</u>

2. Related Magistrate Docket Number(s): **ROSS. J.**

   None ( )         **POLLAK. M.J**

3. Arrest Date: _____

4. Nature of Offense(s):   ✓  Felony
                            ___ Misdemeanor

5. Related Cases--Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules). _____

6. Projected Length of Trial:   Less than 6 weeks (X)
                                More than 6 weeks ( )

7. County in which cause of action arose: __KINGS__
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed? ( ) Yes (X) No

9. Have arrest warrants been ordered? ( ) Yes    (X) No

                                    UNITED STATES ATTORNEY

                            By:     _____
                                    BONNIE KLAPPER
                                    Assistant U.S. Attorney
                                    (718) 254-6426